# THE PEOPLE *v.* NOXON.

(September Term, 1867.)

WRIT OF ERROR will lie in behalf of the prosecution to reverse a judgment in the Circuit Court dismissing a proceeding for bastardy.

THIS was a prosecution in the Circuit Court of Putnam county, against Noxon, upon a charge of bastardy. Such proceedings were had in the court below, that the suit was dismissed, and thereupon the people sued out this writ of error to reverse the judgment of dismissal.

Messrs. BANGS & SHAW, for the defendant in error, moved the court to dismiss the writ of error, insisting that a prosecution for bastardy is not a civil cause, and that a writ of error will not lie at the suit of the people, to reverse a judgment rendered therein.

Per CURIAM: This court has decided in *Mann* v. *The People*, 35 Ill. 467; *Pease* v. *Hubbard*, 37 id. 257; and *Maloney* v. *The People*, 38 id. 62, that a prosecution for bastardy is not a criminal proceeding. A writ of error will, therefore, lie, at the suit of the people, to bring in review the propriety of a judgment rendered in such a proceeding.

*Motion denied.*